UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FEDERICO MARTINEZ CARDENAS, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.  C13-20 RSM |
| | ) | |
| v. | ) | |
| | ) | |
| JANET NAPOLITANO, *et al.*, | ) | ORDER DENYING MOTION FOR |
| | ) | TEMPORARY RESTRAINING |
| Respondents. | ) | ORDER |
| | ) | |

The Court, having reviewed petitioner's petition under 28 U.S.C. § 2241, petitioner's motion for temporary restraining order, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's motion for temporary restraining order (Dkt. No. 2) is DENIED.

//

//

//

ORDER DENYING MOTION FOR
TERMPORARY RESTRAINING ORDER
PAGE -1

01       (3)     The Clerk shall send copies of this Order to counsel for petitioner, to the United

02   States Attorney, and to Judge Theiler.

03           DATED this 1st day of February 2013.

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR
TERMPORARY RESTRAINING ORDER
PAGE -2