01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                             AT SEATTLE

08 FEDERICO MARTINEZ CARDENAS,          )
                                        )
09          Petitioner,                 )    CASE NO.   C13-20 RSM
                                        )
10      v.                              )
                                        )
11 JANET NAPOLITANO, *et al*.,          )    ORDER DENYING MOTION FOR
                                        )    TEMPORARY RESTRAINING
12          Respondents.                )    ORDER
   _____ )
13

14       The Court, having reviewed petitioner's petition under 28 U.S.C. § 2241, petitioner's

15 motion for temporary restraining order, the Report and Recommendation of Mary Alice

16 Theiler, United States Magistrate Judge, and the remaining record, does hereby find and

17 ORDER:

18       (1)   The Court adopts the Report and Recommendation.

19       (2)   Petitioner's motion for temporary restraining order (Dkt. No. 2) is DENIED.

20 //

21 //

22 //

ORDER DENYING MOTION FOR
TERMPORARY RESTRAINING ORDER
PAGE -1

(3)   The Clerk shall send copies of this Order to counsel for petitioner, to the United States Attorney, and to Judge Theiler.

DATED this 1st day of February 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR
TERMPORARY RESTRAINING ORDER
PAGE -2