01
02
03
04
05

06                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08 | FEDERICO MARTINEZ-CARDENAS,           )
                                           )   CASE NO. C13-0020-RSM
09 |           Petitioner,                 )
                                           )
10 |     v.                                )   ORDER GRANTING PETITION FOR
                                           )   WRIT OF HABEAS CORPUS
11 | JANET NAPOLITANO, Secretary of the    )
     Department of Homeland Security, et al., )
12 |                                       )
               Respondents.                )
13 | _____ )

14      The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 1),

15 respondents' return memorandum and motion to dismiss (Dkt. No. 10), the Report and

16 Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and

17 any objections or responses to that, and the remaining record, finds and Orders as follows:

18      (1)    The Court adopts the Report and Recommendation.

19      (2)    Petitioner's petition for writ of habeas corpus (Dkt. No. 1), is GRANTED, and

20 respondents' motion to dismiss (Dkt. No. 10), is DENIED.

21      (3)    Respondents shall provide petitioner with an individualized bond hearing before

22 an Immigration Judge pursuant to 8 U.S.C. § 1226(a), to determine whether he is a flight risk or

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

danger to the community, within (15) fifteen days of the date of the entry of this Order.

    (4)    The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

DATED this 13 day of May 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2